Same case below, 388 Fed. Appx. 461.

**No. 10-7359. Patricia A. Handley, Petitioner v. Chase Bank USA N.A., et al.**

562 U.S. 1225, 131 S. Ct. 1475, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1403, ▮

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 387 Fed. Appx. 166.

**No. 10-7384. Kaytrena J. Francis, Petitioner v. United States, et al.**

562 U.S. 1225, 131 S. Ct. 1476, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1409.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 792.

**No. 10-7419. Thomas T. Wood, Petitioner v. United States.**

562 U.S. 1225, 131 S. Ct. 1476, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1378.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 384 Fed. Appx. 698.

**No. 10-7420. Paul Anthony Brown, Petitioner v. Florida.**

562 U.S. 1225, 131 S. Ct. 1476, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1383.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 41 So. 3d 116.

**No. 10-7463. Mark A. Twilegar, Petitioner v. Florida.**

562 U.S. 1225, 131 S. Ct. 1476, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1481.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 42 So. 3d 177.

**No. 10-7699. Cresha Wilson, Petitioner v. Virginia.**

562 U.S. 1225, 131 S. Ct. 1478, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1469.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-7700. Joseph L. Travis, Petitioner v. Delaware.**

562 U.S. 1225, 131 S. Ct. 1478, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1341.

February 22, 2011. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 2 A.3d 75.

**No. 10-7706. Orienthal D. Liggins, Petitioner v. Superior Court of California, Los Angeles County.**

562 U.S. 1225, 131 S. Ct. 1478, 179 L. Ed. 2d 315, 2011 U.S. LEXIS 1506.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.